IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DEBORAH SUSAN DAVIS-GODFREY )
)
        Petitioner, )
)
v. )   No. CIV-05-434-L
)
MILLICENT NEWTON-EMBRY, )
)
        Respondent . )

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by the Honorable Valerie K. Couch on October 31, 2005, in which she recommended that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 be denied. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and to date petitioner has failed to object to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety. The Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (Doc. No. 1) is therefore DENIED. Judgment will issue accordingly.

    It is so ordered this  28th  day of December, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge